VIM ELECTRIC Co., INC., Respondent, v. STROMBERG-CARLSON TELEPHONE MANUFACTURING COMPANY, Appellant, Impleaded with Others.— Order so far as appealed from modified by granting items " 1," " 2," " 4," " 5," " 6," " 9 " and " 11," and as so modified affirmed, with ten dollars costs and disbursements to the appellant.   The verified bill of particulars to be served within twenty days from service of order.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VIM ELECTRIC Co., INC., and SAMUEL KASSOVER, Respondents, v. STROMBERG-CARLSON TELEPHONE MANUFACTURING COMPANY, Appellant, Impleaded with Others.— Order so far as appealed from reversed, with ten dollars costs and dis-bursements to the appellant, and motion granted as to said items.   The verified

bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.